No. 717. LYNCHBURG TRAFFIC BUREAU *v.* SMITH'S TRANSFER CORP. OF STAUNTON, VIRGINIA. C. A. 4th Cir. Certiorari denied. *W. G. Burnette* for petitioner. *Bryce Rea, Jr.* for respondent.

No. 767. LEWIS ET UX. *v.* NEW JERSEY EXPRESS CORP. C. A. 3d Cir. Certiorari denied. *Jacob Rassner* for petitioners. *H. Curtis Meanor* for respondent.

No. 456. WIMAN, WARDEN, *v.* SEALS. Motion of respondent for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied. *MacDonald Gallion,* Attorney General of Alabama, and *George D. Mentz,* Assistant Attorney General, for petitioner. *Charles S. Conley, Martin Bradley, Arthur Kinoy* and *Morton Stavis* for respondent.

No. 563. CHANDLER, U. S. DISTRICT JUDGE, *v.* OCCIDENTAL PETROLEUM CORP. Motion of Earl A. Brown et al., for leave to file brief, as *amici curiae,* granted. Motion to strike respondent's brief and petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied. MR. JUSTICE BRENNAN and MR. JUSTICE WHITE took no part in the consideration or decision of the motions or the petition. *Peyton Ford* for petitioner. *Charles H. Tuttle, Bert Barefoot, Jr.* and *Howard W. Rea* for respondent. *Earl A. Brown* filed a brief for himself and others, as *amici curiae,* in support of the petition.

No. 437, Misc. WILLIAMS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.